IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CRIMINAL ACTION |
| | : | NO. 01-217-02 |
| v. | : | |
| | : | CIVIL ACTION |
| ERIK ISLAS, | : | NO. 09-5756 |
| Defendant | : | |

**O R D E R**

**AND NOW**, this 9th day of February, 2011, upon careful consideration of Erik Islas's *pro se* petition for writ of habeas corpus (Crim. Docket No. 427), the government's response thereto (Crim. Docket No. 433), and the record in this case, IT IS HEREBY ORDERED that:

1. Defendant's *pro se* Section 2255 motion to vacate, set aside, or correct sentence by a person in federal custody (Crim. Docket No. 427) is DENIED;

2. A certificate of appealability SHALL NOT ISSUE.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.